Michael G. Ackerman, Esq. (SBN 64997)
**LAW OFFICES OF MICHAEL G. ACKERMAN**
2391 The Alameda, Suite 100
Santa Clara, CA 95050
Telephone: (408) 261-5800
Facsimile: (408) 261-5900
Email: mga@mgackermanlaw.com

Attorneys for Defendant,
CT DRIVES, LLC, a California
limited liability company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSITORK DISTRIBUTING, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CT DRIVES, LLC, a California limited liability company<br><br>    Defendants. | Case No.: CV11-01346 SBA<br><br>**NOTICE OF BANKRUPTCY STAY**<br><br>*Complaint filed March 21, 2011* |

    Please take notice that CT Drives, LLC filed a Petition for Bankruptcy (Chapter 11) on November 2, 2011. A copy of the cover page of the Petition is attached hereto as Exhibit "A."

DATED: December 16, 2011

    LAW OFFICES OF
    MICHAEL G. ACKERMAN

    By: _/s/ Michael G. Ackerman_
    MICHAEL G. ACKERMAN, ESQ.
    Attorneys for Defendant, CT DRIVES,
    LLC, a California limited liability company

///
///

B9F (Official Form 9F) (Chapter 11 Corporation/Partnership Case) (12/08)     Case Number 11--60198

## UNITED STATES BANKRUPTCY COURT
### Northern District of California (San Jose)

### Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 11/1/11.

You may be a creditor of the debtor. This notice lists important deadlines. You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>CT Drives, LLC<br>1484 Pollard Rd., Suite 192<br>Los Gatos, CA 95032 | |
| Case Number:<br>11--60198 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>26-259-2508 |
| Attorney for Debtor(s) (name and address):<br>William J. Healy<br>Campeau, Goodsell and Smith<br>440 N 1st St. #100<br>San Jose, CA 95112<br>Telephone number: (408) 295-9555 | |

### Meeting of Creditors

Date: December 7, 2011     Time: 09:30 AM
Location: U.S. Federal Bldg., 280 S. First St. #268, San Jose, CA 95113

### Deadline to File a Proof of Claim

Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): 3/6/12     For a governmental unit: Must file before 180 days after the date relief was entered.

A proof of claim form, in blank with instructions for completion, is available from the Court at the address listed below, or online at:
http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx .

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113<br>Telephone number: 408-278-7500 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
|---|---|
| Hours Open: Monday -- Friday 9:00 AM -- 5:00 PM | Date: 11/2/11 |

004681     8070300469002 1     EXHIBIT A

## PROOF OF SERVICE

The undersigned declares:

I am a citizen of the United States and a resident of Santa Clara County, State of California. I am over the age of eighteen (18) years and not a party to the within above-entitled action. My business address is 2391 The Alameda, Suite 100, Santa Clara, CA 95050.

On December 16, 2011, I electronically filed the following document attached hereto:

- **NOTICE OF BANKRUPTCY STAY**

with the Clerk of the Court, which will send notification of such filing to the counsel of record in this matter who are registered on the systems, as listed below:

> Neil D. Greenstein, Esq.
> Techmark
> ndg@techmark.com
>
> Elliott J. Stein, Esq.
> Stevens & Lee, P.C.
> ejs@stevenslee.com

( X ) **(Federal Only)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in the City of Santa Clara, State of California on December 16, 2011.

By: /s/ *Cami J. Smurphat*
CAMI J. SMURPHAT

C:\MyDocs\CTDrives\Positork\NtcBankruptcyStay