UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| POSITORK DISTRIBUTING, INC., A Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CT DRIVES, LLC, a California limited liability company,<br><br>Defendant. | Case No: C 11-01346 SBA<br><br>**ORDER ADMINISTRATIVELY CLOSING ACTION** |

    Defendant has notified the Court that it has filed a Chapter 11 bankruptcy petition, and that the action is now stayed. In light of the automatic bankruptcy stay, 11 U.S.C. § 362, the Court orders the Clerk of the Court to ADMINISTRATIVELY CLOSE this action. In the event the stay is lifted, the parties shall immediately notify the Court and specify their request for further handling of this action.

    IT IS SO ORDERED.

Dated: December 20, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge