AO 120 (Rev. 2/99)

| TO: | Mail Stop 8<br>Director of the U.S. Patent & Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Northern District of California___ on the following ☐ Patents or   X Trademarks:

| DOCKET NO.   SBA<br>CV 11-01346 ~~MRX~~ | DATE FILED<br>3/21/11 | U.S. DISTRICT COURT<br>Northern District of California, ~~XXXXXXXXXXXXXXX~~ |
|---|---|---|
| PLAINTIFF<br>POSITORK DISTRIBUTING, INC. | | DEFENDANT<br>CT DRIVES, LLC. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | (See Attached Complaint) |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | . | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

***ORDER STAYING ACTION PENDING BANKRUPTCY, entered on 12/21/2011***

| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Jessie Mosley | DATE<br>12/22/11 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner     Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy